IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAR 17 2008
J T NOBLIN, CLERK
BY_____ DEPUTY

JON P. FUSCO, JO ANNE FUSCO,
and KEN CARTER                                                                            PLAINTIFFS

vs.                                       CIVIL ACTION NO. 3:08cv112-HTW-LRA

JENNY CRAIG, INC., and
JENNY CRAIG INTERNATIONAL, INC.                            DEFENDANTS

## CONSENT ORDER TRANSFERRING CIVIL ACTION

THIS MATTER is before the Court on the request of Defendants Jenny Craig, Inc., and Jenny Craig International, Inc., to transfer this action to the United States District Court for the Southern District of California, see Docket No. 3, and the consent of Plaintiffs to the requested transfer. In support of its request, Defendants rely on the venue selection clause contained in the Franchise Agreement by and between Jenny Craig International, Inc., and DMJ, Inc., which provides, in relevant part, as follows: "Any arbitration or litigation relating in any way to this Agreement shall be conducted in San Diego, California." Moreover, Defendants have advised the Court that in accordance with this venue selection clause, Jenny Craig Franchising, LLC, has commenced an action in the United State District Court for the Southern District of California, Civil Action No. 08cv0354-JM-BLM, arising out of and relating to the Franchise Agreement. Finally, Plaintiffs' have advised the Court that they have no objection to Defendants' request to transfer the instant action to the United States District Court for the Southern District of California for consolidation with Civil Action No. 08cv0354-JM-BLM.

The Court, having considered Defendants' instant request for transfer, being advised that Plaintiffs have consented to the requested transfer, and being otherwise fully advised in the premises, is of the opinion that Defendants' instant request is well-founded and should be granted.

ACCORDINGLY, it is hereby ORDERED that this action shall be TRANSFERRED to the United States District Court for the Southern District of California. Further, the Court hereby advises the Clerk of the United States District Court for the Southern District of California that the parties to this action have consented to the consolidation of this action with Civil Action No. 08cv0354-JM-BLM, presently pending in the Southern District of California.

SO ORDERED, this the 17th day of March, 2008.

　　　　　　　　　　　　　　　　　　　/s/ Henry T. Wingate
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

**AGREED AS TO SUBSTANCE AND FORM:**

s/ Joseph Anthony Sclafani
Joseph Anthony Sclafani, Esq. (MSB No. 99670)
Brunini, Grantham, Grower & Hewes, PLLC
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205-0119
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
jsclafani@brunini.com
*Counsel for Plaintiffs*

s/ Sheryl Bey
Sheryl Bey, Esq. (MSB No. 9484)
Brad C. Moody, Esq. (MSB No. 101628)
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424
sbey@bakerdonelson.com
bmoody@bakerdonelson.com
*Counsel for Defendants*